```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ANTON PURISIMA,                                                  09-CV- 3502 (NGG)

                        Plaintiff,

        -against-

TIFFANY ENTERTAINMENT; JOHN DOE; and
JANE DOE,

                        Defendants.
-----------------------------------------------------------X
ANTON PURISIMA,                                                  JUDGMENT
                                                                 11-CV- 1919 (NGG)
                        Plaintiff,

        -against-

ASIAN MARKETING; PEOPLE'S REPUBLIC OF
CHINA, "CHINA"; JOHN DOE; and JANE DOE,

                        Defendants.
-----------------------------------------------------------X
ANTON PURISIMA,                                                  11-CV- 2381 (NGG)

                        Plaintiff,

        -against-

EDDIE ZHENG; NAFONG MO; JOHN DOE; and
JANE DOE,

                        Defendants.
-----------------------------------------------------------X
ANTON PURISIMA,                                                  11-CV- 2967 (NGG)

                        Plaintiff,

        -against-

PRESIDENT HU-JINTTAO; PREMIER WEN-JIABAO;
JOHN DOE; and JANE DOE,

                        Defendants.
-----------------------------------------------------------X
```

A Memorandum and Order of Honorable Nicholas G. Garaufis, United States District Judge, having been filed on July 20, 2011, dismissing without prejudice Civil Case

JUDGMENT
11-CV- 1919 (NGG)

11-CV-1919, 11-CV-2381, and 11-CV-2967 to 09-CV-3502; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith; denying in forma pauperis status for the purpose of any appeal; ordering that Civil Case 09-CV-3502 shall continue under the supervision of Magistrate Judge Lois Bloom; dismissing plaintiff's claims under Title VI and Title VII; and directing that if Plaintiff would like to amend his Complaint in Civil Case 09-CV-3502 to incorporate aspect of his other actions, such a request should be made to Judge Bloom within thirty days of the date of this Court's Memorandum and Order; it is

ORDERED and ADJUDGED that Civil Case 11-CV-1919, 11-CV-2381, and 11-CV-2967 are dismissed without prejudice to 09-CV-3502; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; that in forma pauperis status is denied for the purpose of any appeal; that Civil Case 09-CV-3502 shall continue under the supervision of Magistrate Judge Lois Bloom; that Plaintiff's claim under Title VI and Title VII are dismissed; and that if Plaintiff would like to amend his Complaint in Civil Case 09-CV-3502 to incorporate aspect os his other actions, such a request should be made to Judge Bloom within thirty days of the date of this Court's Memorandum and Order.

Dated: Brooklyn, New York
July 20, 2011

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court